```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 08 B 12901
   CHRISTOPHER HENRY REYES
   CHRISTINA ANNE REYES                        CHAPTER 13

                                               JUDGE: BRUCE W BLACK

       Debtor
   SSN XXX-XX-8779     SSN XXX-XX-7621

---------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/20/08 .

   2.  The case was converted to Chapter 7 without confirmation, 06/11/2008.

---------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
---------------------------------------------------------------------------
WELLS FARGO HOME MORT      CURRENT MORTG           .00             .00           .00
WELLS FARGO HOME MORT      MORTGAGE ARRE     NOT FILED             .00           .00
DITECH.COM                 SECURED                 .00             .00           .00
DELL FINANCIAL             SECURED                 .00             .00           .00
HSBC AUTO FINANCE          SECURED VEHIC           .00             .00           .00
PROPERTY SPECIALISTS       SECURED                 .00             .00           .00
NISSAN MOTOR ACCEPTANCE    SECURED VEHIC           .00             .00           .00
         Summary of disbursements:
---------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED     OTHER         TOTAL
---------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00         .00          .00       .00           .00
PRINCIPAL PAID          .00         .00          .00       .00           .00
INTEREST PAID           .00         .00          .00       .00           .00
TOTAL PAID              .00         .00          .00       .00           .00
The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $        .00
and was paid $        .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 09/11/08                  /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
    CASE NO. 08 B 12901 CHRISTOPHER HENRY REYES & CHRISTINA ANNE REYES
```